FILED
JAMES BONINI
CLERK

04 JAN -8 PM 4: 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PACE LOCAL 5-1967, | Case No. C-1-01-301 |
| Plaintiff, | Judge Herman J. Weber |
| v. | |
| INTERNATIONAL PAPER COMPANY, | |
| Defendant. | |

MOTION FOR ORDER ALLOWING JONATHAN P. HARMON
TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS
(Proposed Order Attached)

Michael A. Roberts, attorney for defendant International Paper Company, hereby moves this Court for an order granting Jonathan P. Harmon, Esq. leave to appear in this matter *pro hac vice* and states as follows:

1. Jonathan P. Harmon, Esq. was admitted to the Virginia State Bar in October 1995. He is also admitted to practice in the following courts:

| Courts | Date Admitted |
|---|---|
| U.S. District Court, E.D. Virginia | January 30, 1995 |
| Supreme Court of Virginia | October 30, 1995 |
| U.S. Court of Appeals, Fourth Circuit | February 10, 1998 |
| U.S. District Court, W.D. Virginia | June 18, 1998 |
| U.S. District Court, E.D. Texas | October 15, 1998 |
| U.S. District Court, N.D. Texas | December 16, 1998 |

He is in good standing and eligible to practice in all of said courts. A current certificate of good standing by the U.S. District Court for the Eastern District of Virginia is attached.

2. Jonathan P. Harmon, Esq. is a Partner in the law firm of McGuireWoods LLP.

3. In order to adequately represent the Defendant, Defendant will, from time to time, rely on Jonathan P. Harmon, Esq. to make certain court appearances before this Court.

4. A Declaration of Jonathan P. Harmon, Esq. is attached hereto and submitted in support of this

motion.

      Therefore, the defendant requests that Jonathan P. Harmon, Esq. be entitled to appear in this action *pro hac vice*.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
|  | _____ |
|  | Michael A. Roberts (0047129) |
| GRAYDON, HEAD & RITCHEY LLP | Graydon Head & Ritchey LLP |
| 1900 Fifth Third Center | 1900 Fifth Third Center |
| P.O. Box 6464 | P.O. Box 6464 |
| Cincinnati, Ohio 45201 | Cincinnati, Ohio 45201 |
| (513) 621-6464 | (513) 621-6464 |

### CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was mailed, via U.S. mail, postage prepaid, to Robert Doggett, Esq., 215 East Ninth Street, Sixth Floor, Cincinnati, Ohio 45202 this ___ day of _Jan_, 2004.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DECLARATION OF JONATHAN P. HARMON, ESQ. IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE*

JONATHAN P. HARMON, ESQ. declares as follows:

1. I make this declaration in support of my application for admission *pro hac vice* in this action pursuant to Local Rule 83.5(d).

2. My office address is: McGuireWoods LLP, 901 East Cary Street, Richmond, Virginia 23219.

3. I was admitted to the Virginia State Bar in October 1995. I am also admitted to practice in the following courts:

| Courts | Date Admitted |
|---|---|
| U.S. District Court, E.D. Virginia | January 30, 1995 |
| Supreme Court of Virginia | October 30, 1995 |
| U.S. Court of Appeals, Fourth Circuit | February 10, 1998 |
| U.S. District Court, W.D. Virginia | June 18, 1998 |
| U.S. District Court, E.D. Texas | October 15, 1998 |
| U.S. District Court, N.D. Texas | December 16, 1998 |

4. I am in good standing and eligible to practice in all of said courts. A current certificate of good standing by the U.S. District Court for the Eastern District of Virginia is attached.

5. I am not currently suspended or disbarred in any court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3RD day of December, 2003

*/s/ Jonathan Harmon*

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) ss. |
| | ) |
| EASTERN DISTRICT OF VIRGINIA | ) |

I, ELIZABETH H. PARET, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that __Jonathan Paul Harmon__, ID #39081, was duly admitted to practice in said Court on __January 30, 1996__ and is in good standing as a member of the bar of said Court.

ELIZABETH H. PARET, CLERK

By: _____
Deputy Clerk

Dated at Richmond, Virginia
on __December 3, 2003__.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PACE LOCAL 5-1967, | ) | Case No. C-1-01-301 |
| | ) | |
| Plaintiff, | ) | Judge Herman J. Weber |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL PAPER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE* OF JONATHAN P. HARMON, ESQ.

This matter is before the Court on a motion by Michael A. Roberts, Esq., for admission *pro hac vice* of Jonathan P. Harmon, Esq., as co-counsel for the defendant, International Paper Company. The Court finds the motion to be well taken and hereby GRANTS Jonathan P. Harmon, Esq. leave to appear *pro hac vice* in this action as co-counsel for the defendant, International Paper Company.

IT IS SO ORDERED.

_____

Judge Herman J. Weber

Thu Jan  8 15:48:29 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 421477
Cashier       kji

Tender Type  CHECK

Check Number: 6127

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No    Acct
 4661        1       6855XX

Amount          $    50.00

GRAYDON HEAD & RITCHEY

PRO HAC VICE C-1-01-201


Thu Jan  8 15:48:29 2004

Check No. 6127
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661