**United States District Court**
**Southern District of Ohio**
**Western Division**

PACE LOCAL UNION 5-1967, et al,

    Plaintiffs,     No. C-1-01-301
                                            (Weber, J.; Novotny, M.J.)

vs.

INTERNATIONAL PAPER COMPANY,

    Defendant.

## ORDER

    Plaintiffs' motion for extension of time to file objections to the Report and Recommendation (R&R), (doc. 52) filed on December 31, 2003, is **GRANTED.** Plaintiffs' are therefore **ORDERED** to file their objections to the R & R within fourteen (14) days from the filing date of this Order.

DATE: <u>January 8, 2004</u>         <u>s/Susan M. Novotny</u>
                                                    Susan M. Novotny
                                                    United States Magistrate Judge