Respectfully submitted,
                          INTERNATIONAL PAPER COMPANY


                          /s Michael A. Roberts
                                   Counsel

| | |
|---|---|
| Michael Roberts, Esq. | W. Carter Younger, Esq. (admitted *pro hac vice*) |
| **Graydon Head & Ritchey, LLP** | Vincent J. Miraglia, Esq. (admitted *pro hac vice*) |
| 1900 5th 3rd Center | **McGuireWoods LLP** |
| 511 Walnut Street | 1050 Connecticut Avenue |
| Cincinnati, Ohio 45202 | Washington, DC 20036 |
| (513) 629-2799 | (202) 856-1704 |
| FAX: (513) 651-3836 | |
| EMAIL: mroberts@graydon.com | |

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been mailed first class, postage prepaid, this 14th day of January 2004 to:

        Robert I. Doggett
        215 East Ninth Street, Sixth Floor
        Cincinnati, Ohio 45202

                              /s Michael A. Roberts