IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western Division

| | | |
|---|---|---|
| **PACE LOCAL UNION 5-1967, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. C-1-01 301 |
| | ) | |
| **INTERNATIONAL PAPER COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

Due to the voluminous nature of Plaintiffs' Objections to the Magistrate's Report and Recommendation and outstanding obligations of Plaintiff's counsel, the parties jointly move the Court for an Order extending until February 6, 2004 the time by which the parties must file their respective responses to objections to the Magistrate's Report and Recommendation.

Respectfully submitted,

INTERNATIONAL PAPER COMPANY

/s Michael A. Roberts_____
Counsel

| | |
|---|---|
| Michael Roberts, Esq. | W. Carter Younger, Esq. (admitted *pro hac vice*) |
| **Graydon Head & Ritchey, LLP** | Vincent J. Miraglia, Esq. (admitted *pro hac vice*) |
| 1900 5th 3rd Center | **McGuireWoods LLP** |
| 511 Walnut Street | 1050 Connecticut Avenue |
| Cincinnati, Ohio 45202 | Washington, DC 20036 |
| (513) 629-2799 | (202) 856-1704 |

PACE LOCAL UNION 5-1967, et al.

<u>/s Robert Doggett by Michael Roberts, per authority 1/22/03</u>
Counsel

Robert I. Doggett
6740 Clough Pike
Cincinnati, OH  45244

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed first class, postage prepaid, this 23rd day of January 2004 to: Robert I. Doggett, 6740 Clough Pike, Cincinnati, OH  45244.

<u>/s Michael A. Roberts  </u>