IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PACE LOCAL UNION
        Plaintiff

v                                        Civil C-1-01-301

INTERNATIONAL PAPER

        Defendant.

## ORDER

The Joint Motion for Extension of Time is GRANTED. The parties shall file their Response and/or Objections to the Report and Recommendation on or before February 6, 2004.

**IT IS SO ORDERED.**

                                          **s/Herman J. Weber**
                                    Herman J. Weber, Senior Judge
                                    United States District Court

*Rev.5/01*