# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**PACE LOCAL UNION 5-1967,**

    **Plaintiff,**

-vs-                                                                                               Case No.  C-1-01-301

**INTERNATIONAL PAPER COMPANY,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

|   | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation is Adopted.  Defendant's Motion for Summary Judgment is Granted. Plaintiffs' Third Amended Complaint if Dismissed with Prejudice at plaintiffs' cost.  This case is Terminated on the docket of this Court.

Date:    March 24, 2004                                                                JAMES BONINI.,  CLERK


                                                                                                                         By:s/    Darlene Maury
                                                                                                                         Darlene Maury, Deputy Clerk