# INVOICE

**BLACKMAN DETECTIVE SERVICES**
P.O. Box 25455
Raleigh, NC 27611

**SOLD TO:** McGuireWoods, LLP
Washington Square
Suite 1200
1050 Connecticute Avenue, NW
Washington, DC 20036-5317

**SHIP TO:** Same as above

Drw #

| | |
|---|---|
| CASE NUMBER | 22-041 |
| INVOICE DATE | 01/27/03 |
| YOUR ORDER NUMBER | N/A |
| TERMS | 10 Days |
| CONTACT PERSON | Brittney Lynn |
| FED ID# | 56-1806864 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | 602 - Serve Subpoenas - Hocutt Phillips and Annetta Johnson 1/23/2003 | $50.00 | $100.00 |
| | | SUBTOTAL | $100.00 |
| | | | |
| | | | |
| | | | $100.00 PAY THIS AMOUNT |

Questions concerning this invoice?
Call: (919) 821-0016

**MAKE ALL CHECKS PAYABLE TO:**
**BLACKMAN DETECTIVE SERVICES**

1.5% finance charge on all invoices past 30 days

**THANK YOU FOR YOUR BUSINESS!**

23-041subpoenas

Lori - with Blackman states the Case # will Chang each time no matter one case # or how many times serving on one case. 2/7/06 DB

APR-02-2004 10:27 P.02/05

# INVOICE




ATTN.: JOE SCHELLENBERG
INTERNATIONAL PAPER COMPANY
400 ATLANTIC STREET
STANFORD, CT 06921

| Invoice # | Invoice Date |
|---|---|
| 5966113130 | 2/18/2003 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

Firm ID: INTE02 Client Ref: IP

6979 101301 PACE LOCAL UNION VS. INT'L PAPER COMPANY

**JOHNSON, ANNETTA** Job Date(s): 2/7/2003

ORIGINAL & ONE COPY OF THE TRANSCRIPT (90 Pgs. @ 3.36 / PAGE ) $302.40
*IN-HOUSE ATTY - JOYCE MARGUILES MATTER # IP MATTER # 015229. LOCATION - RALEIGH, NC*

EXHIBITS (46 Pgs. @ 0.30 / PAGE ) $13.80

**PHILLIPS, HOCUTT** Job Date(s): 2/7/2003

ORIGINAL & ONE COPY OF THE TRANSCRIPT (28 Pgs. @ 3.36 / PAGE ) $94.08

APPEARANCE FEE $0.00
*NO CHARGE*

DELIVERY CHARGES $22.50

**Total Sales Tax:** $0.00
**Total Amount Due:** $432.78

## Due Upon Receipt

**Service provided by: Strategic Accounts**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# INVOICE



ATTN.: JOE SCHELLENBERG
INTERNATIONAL PAPER COMPANY
400 ATLANTIC STREET
STANFORD, CT 06921

| Invoice # | Invoice Date |
|---|---|
| 5966112771 | 1/14/2003 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
**Please make check payable to: Spherion Corporation**

**Firm ID:** INTE02 **Client Ref:** IP

6723 101301 PACE LOCAL UNION VS. INT'L PAPER COMPANY

**BRAY, TIMOTHY D. 30(B)(6)** **Job Date(s):** 12/19/2002

| | |
|---|---|
| EXHIBITS (138 Pgs. @ 0.20 / PAGE ) | $27.60 |
| APPEARANCE FEE | $0.00 |
| ORIGINAL & ONE COPY OF THE TRANSCRIPT (42 Pgs. @ 3.35 / PAGE )<br>*IN-HOUSE ATTY - JOYCE MARGULIES LOCATION - CINCINNATTI, OH NON-CONTRACTING STATE.*<br>*THIS INVOICE REPLACES INVOICE # 5966112726* | $140.70 |
| DELIVERY CHARGES | $28.25 |

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$196.55** |

**Due Upon Receipt**

**Service provided by: Strategic Accounts**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

APR-02-2004 10:27 P.04/05

# INVOICE




ATTN.: JOE SCHELLENBERG
INTERNATIONAL PAPER COMPANY
400 ATLANTIC STREET
STANFORD, CT 06921

| Invoice # | Invoice Date |
|---|---|
| 5966112233 | 12/10/2002 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:** INTE02 **Client Ref:** IP

6541 3041887409 PACE LOCAL 1967 V. INTERNATIONAL PAPER

**BRAY, TIMOTHY** **Job Date(s):** 11/20/2002

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT: (FIFTH BUSINESS DAY) (127 Pgs. @ 5.85 / PAGE ) *IN-HOUSE ATTY - JOYCE MARGUILES LOCATION - CINCINNATTI, OH* | $742.95 |
| APPEARANCE FEE: HOURLY CHARGES | $387.50 |
| CONDENSED TRANSCRIPT - UNIT | $22.00 |
| DELIVERY CHARGES | $39.68 |

**RUMPLER, WILLIAM C.** **Job Date(s):** 11/20/2002

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT: (FIFTH BUSINESS DAY) (25 Pgs. @ 5.85 / PAGE ) | $146.25 |
| CONDENSED TRANSCRIPT - UNIT | $7.00 |

**STANIFER, KENNETH C.** **Job Date(s):** 11/20/2002

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT: (FIFTH BUSINESS DAY) (50 Pgs. @ 5.85 / PAGE ) | $292.50 |
| CONDENSED TRANSCRIPT - UNIT | $13.00 |

**Due Upon Receipt**

**Service provided by: Strategic Accounts**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

04/02/04 09:15 FAX 212 4903534 INTERIM COURT REPORTING 004

# INVOICE




ATTN.: JOE SCHELLENBERG
INTERNATIONAL PAPER COMPANY
400 ATLANTIC STREET
STANFORD, CT 06921

| Invoice # | Invoice Date |
| --- | --- |
| 5966112233 | 12/10/2002 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186
Please make check payable to: Spherion Corporation

**Firm ID:** INTE02 **Client Ref:** IP

6541 3041887409 PACE LOCAL 1967 V. INTERNATIONAL PAPER

| | |
| --- | --- |
| Total Sales Tax: | $0.00 |
| Total Amount Due: | $1,651.08 |

**Due Upon Receipt**

**Service provided by: Strategic Accounts**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

# *TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE*

***95 South Fourth Street***
***Batavia, Ohio 45103***
***Phone - 513-732-1477***
***Fax --- 513-732-0486***

Fed. I. D. No: 31-0911462

# Invoice

Date: 1/22/2003

Invoice No: 2120

InvoiceTo:

McGuire, Woods, LLP
W. Carter Younger, Esq.
Washing Square
1050 Connecticut Ave., N.W., Suite 1200
Washington, DC, 20036-5317

Caption: PACE Local Union 5-1067, et al
vs. International Paper
Case No: C-1-02-301
COA No: n/a

Reporter(s): Julie Patrick **

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 12/18/2002 | Deposition transcript of Milton Lewis. | Pages, Copy | 53 | 119.25 |
| 12/18/2002 | Deposition transcript of Mary Rita Weissman. | Pages, Original | 73 | 237.25 |
| 12/18/2002 | Deposition transcript of Thomas Stewart. | Pages, Copy | 17 | 38.25 |
| 12/18/2002 | Appearance for deposition of M. Weissman. | Hours, Stenographer | 2 | 80.00 |
| | | Exhibit(s) | 26 | 2.60 |
| 1/17/2003 | Mailed. | Postage | 1 | 13.35 |

Terms: Due on receipt

Shipped Via: US Mail

**Total:** $490.70

**Payments/Credits:** $0.00

**Balance Due:** $490.70

*THANK YOU FOR YOUR BUSINESS!*

E-mail: TriCountyCourt@aol.com

# *TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE*

*95 South Fourth Street*
*Batavia, Ohio 45103*
*Phone - 513-732-1477*
*Fax --- 513-732-0486*

Fed. I. D. No: 31-0911462

## Invoice

Date: 3/19/2003

Invoice No: 2406

InvoiceTo:

Vincent J. Miraglia, Esq.
McGuire Woods, LLP
1050 Connecticut Ave NW, Suite 1200
Washington DC 20036-5317

Caption: P.A.C.E. Local 5-1967
vs. International Paper
Case No: C-1-01-301
COA No: n/a

Reporter(s): Julie Patrick

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 2/28/2003 | Deposition transcript of George Payton. | Pages, Copy | 32 | 72.00 |
| 2/28/2003 | Deposition transcript of Daniel Maheu. | Pages, Copy | 31 | 69.75 |
| | | Exhibit(s) & Tab(s) | 110 | 16.50 |
| 3/13/2003 | Sent via e-transcript & mailed. | Postage | 1 | 6.05 |

Terms: Due on receipt

Shipped Via: US Mail

Total: $164.30

Payments/Credits: $0.00

**Balance Due: $164.30**

*THANK YOU FOR YOUR BUSINESS!*

E-mail: TriCountyCourt@aol.com