IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PACE LOCAL UNION 5-1967,** | ) | Case No. C-1-01-301 |
| | : | |
| Plaintiff, | ) | Judge Herman J. Weber |
| | : | |
| v. | ) | |
| | : | |
| **INTERNATIONAL PAPER CO, INC.,** | ) | |
| | : | |
| **Defendant.** | ) | |

### WITHDRAWAL OF BILL OF COSTS

The defendant, International Paper Company, Inc., by counsel, hereby withdraws its Bill of Costs in the above entitled case.

Respectfully submitted,

INTERNATIONAL PAPER COMPANY

/s Michael A. Roberts_____

| | |
|---|---|
| Michael Roberts, Esq. | W. Carter Younger, Esq. |
| **Graydon Head & Ritchey, LLP** | **McGuireWoods LLP** |
| 1900 5th 3rd Center | 1050 Connecticut Avenue |
| 511 Walnut Street | Washington, DC 20036 |
| Cincinnati, Ohio 45202 | (202) 857-1740 |
| (513) 629-2799 | |
| (513) 651-3836 | |
| email:mroberts@graydon.com | |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically and sent via first class mail, postage prepaid, this 28th day of April 2004 to: Robert I. Doggett, Esq. 6740 Clough Pike Cincinnati, OH 45244

s Michael A. Roberts

1